# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-1197

_____

| | | |
|---|---|---|
| Lutheran Health Care Association of | * | |
| St. Louis, Missouri, doing business as | * | |
| Lutheran Medical Center, | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Eastern |
| v. | * | District of Missouri. |
| | * | |
| Donna E. Shalala, Secretary of Health | * | [UNPUBLISHED] |
| and Human Services, | * | |
| | * | |
| Appellee. | * | |

_____

Submitted:  September 17, 1999
Filed: September 22, 1999

_____

Before BEAM, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

The court has considered the briefs and heard oral arguments in this Medicare reimbursement appeal.  Having reviewed the record in the context of Lutheran Health Care Association's contentions, we find the record supports the district court's decisions.  Because the parties' submissions show they are thoroughly familiar with the issues before the court as well as the controlling legal principles, we conclude that an extensive discussion would serve no useful purpose.  We agree with the district court's

rulings and thus affirm for the reasons stated in its memorandum and opinion without further discussion.  See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.